IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Frederick H. Wilhelm, Jr., | : | Chapter 13 |
| Angela M. Wilhelm | : | |
| Debtors | : | Case No. 1:17-00068 RNO |

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

Instructions: Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awardee by separate Court Order. Complete Part C for all requests for payment of compensation and expenses.

A.  Presumptively reasonable fee under L.B.R. 2016-2(c)     $4,000.00 plus $500.00 for 1st Wage Attachment Order and $500.00 to Amend Plan AFTER Confirmation(3rd), plus $500.00 to Amend Plan AFTER Confirmation(4th) .
1. Amount Agreed to by debtor(s)     $4,000.00 plus $500.00 for 1st Wage Attachment Order and $500.00 to Amend Plan AFTER Confirmation(3rd), plus $500.00 to Amend Plan AFTER Confirmation(4th).
2. Less amount paid to attorney prior to filing petition     $1,471.00
3. Balance of compensation to be paid through plan distributions     $4,029.00
4. Expenses advanced to be paid through plan distributions     $0.00
   (describe expense and amount)

B.  Compensation and reimbursement of expenses allowed upon application and order under L.B.R. 2016-2(c)
1.  Retainer Received     $
2.  Compensation earned prepetition and paid to attorney prior to filing     $
3.  Expenses reimbursed prepetition     $
4.  Balance in retainer after deduction of prepetition compensation and expenses     $
5.  Compensation and expenses approved by the Court to be paid through Plan     $
    distributions less balance in client trust account

C.  The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: $4,029.00

Date: May 15, 2018                    /s/ Aaron J. Neuharth_____
                                       Aaron J. Neuharth, Esquire
                                       Supreme Ct. No. 88625
                                       PO Box 359
                                       Chambersburg, PA 17201
                                       (717)264-2939