```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00068-HWV
Frederick H. Wilhelm, Jr.                                       Chapter 13
Angela M. Wilhelm
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1       User: AGarner          Page 1 of 1         Date Rcvd: May 17, 2018
                           Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db/jdb         +Frederick H. Wilhelm, Jr.,    Angela M. Wilhelm,    1110 Path Valley Road,
                 Fort Loudon, PA 17224-9606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 1 Frederick H. Wilhelm, Jr. aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Angela M. Wilhelm aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              David A Scott    on behalf of Creditor   Nissan Motor Acceptance Corporation scott@lg-law.com
              James Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Frederick H. Wilhelm, Jr., | ) | Case No. 1-17-00068 |
| Angela M. Wilhelm, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

## ORDER OF COURT

UPON CONSIDERATION of the Debtors' Motion for Wage Attachment Order to Pay Chapter 13 Trustee, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion for Wage Attachment is approved.

The Debtor Husband's employer, St. Thomas Development Corporation is ordered withhold from Debtor Husband's pay the sum of **$363.94** on a weekly basis for the pay dates of May 23, 2018 and May 30, 2018.

Debtor Husband's employer is further Ordered to withhold from Debtor Husband's pay the sum of **$409.00** for **every weekly pay** beginning with the June 6, 2018 pay through the final pay in February 2022.

Debtor Husband's employer is further Ordered to submit all withheld amounts to the Chapter 13 Trustee, Charles J. DeHart, III, P. O. Box 7005, Lancaster, PA 17604, using as reference Case Number 1-17-00068 on all payments issued **on a regular monthly basis**.

Dated: May 17, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)