IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

In re:  }
 } Case No. 1-17-00068
Frederick H. Wilhelm, Jr., and }
Angela M. Wilhelm, fka Angela M. Wines } Chapter 13
 }
**Debtor(s)** }

## DEBTORS' CERTIFICATE OF NO OBJECTION/NO RESPONSE

We, Frederick H. Wilhelm, Jr., and Angela M. Wilhelm, upon our oath according to law, hereby certify as follows:

1. That a Motion to Incur Debt/Obtain Credit and Notice of Self Scheduled Hearing with Objection Deadline was filed on July 10, 2018.
2. That on July 10, 2018 counsel for debtors served all creditors listed on the creditor address matrix with a copy of said Motion and Notice.
3. That the response/objection deadline was set for July 24, 2018.
4. Said response/objection deadline has passed.
5. As of July 25, 2018, there has not been a response or objection filed on said motion.

Wherefore, the debtors request this Honorable Court to enter an Order granting their motion to obtain financing as there were no objections filed by the deadline.

Respectfully submitted,

July 25, 2018   /s/ Aaron J. Neuharth_____
DATE   Aaron J. Neuharth, Esquire
PA ID No. 88625
Attorney for the Debtors
122 East Queen Street, Suite 1
Chambersburg, PA  17201
(717) 264-2939