```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00068-HWV
Frederick H. Wilhelm, Jr.                                       Chapter 13
Angela M. Wilhelm
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1           User: CGambini              Page 1 of 1              Date Rcvd: Oct 17, 2019
                               Form ID: ntfp               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
  cr             E-mail/Text: camanagement@mtb.com Oct 17 2019 19:15:03      M&T Bank,   1100 Wehrle Drive,
                 Williamsville, NY  14221
                                                                                                  TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 1 Frederick H. Wilhelm, Jr. aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Aaron John Neuharth    on behalf of Debtor 2 Angela M. Wilhelm aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David A Scott    on behalf of Creditor    Nissan Motor Acceptance Corporation scott@lg-law.com
              James  Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6

ntfp(09/19)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Frederick H. Wilhelm Jr. | Chapter 13 |
| Angela M. Wilhelm<br>fka Angela M. Wines | Case number 1:17–bk–00068–HWV |
| **Debtor(s)** | |

## Notice To Filing Party

**Please take notice that:**

There was a discrepancy noted between the data entered in CM/ECF and what is shown on the pdf image attached to docket entry **#doc Notice of Mortgage Payment Change**. **Attached image is for a different case**. Failure to refile or amend your document may result in a delay in processing this matter.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 17, 2019 |