# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frederick H. Wilhelm Jr.<br>Angela M. Wilhelm fka Angela M. Wines<br><br>**Debtors** | BK NO. 17-00068 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                                     Respectfully submitted,

                                                   **/s/ James C. Warmbrodt, Esquire**
                                                   James C. Warmbrodt, Esquire
                                                   KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA  19106
                                                 215-627-1322