



UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

In re:  )
 )
Frederick Wilhelm  ) Case No. 17-00068
Angela Wilhelm  Debtors(s)  )

### NOTICE OF WITHDRAWAL OF CLAIM

Claim No. 18 was filed on 2/5/2020 by M&T Bank. M&T Bank now notifies the Court that the claim is withdrawn.

/s/ Kiara Hughes

M&T Bank
PO Box 1508
Getzville, NY 14068
800-837-7694 x6651
khughes1@mtb.com