# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frederick H. Wilhelm Jr.<br>Angela M. Wilhelm fka Angela M. Wines<br>Debtor(s) | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>Movant<br>vs. | |
| Frederick H. Wilhelm Jr.<br>Angela M. Wilhelm fka Angela M. Wines<br>Debtor(s) | NO. 17-00068 HWV |
| Charles J. DeHart, III Esq.<br>Trustee | Claim No. 13 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Mortgage Payment Change of M&T Bank, which was filed with the Court on or about **March 17, 2020 under Claim #13**.

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    412-430-3594

April 16, 2020