IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Frederick H. Wilhelm, Jr.,
Angela M. Wilhelm,

    Debtors

Case No. 17-00068
Chapter 13

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Please withdraw the appearance of Aaron J. Neuharth, Esquire as counsel for the Debtors, Frederick H. Wilhelm, Jr. and Angela M. Wilhelm.

Date: 12/16/2021

Aaron J. Neuharth, Esquire
PA ID# 88625
PO Box 359
Chambersburg, PA 17201
(717) 264-2939

    Please enter my appearance as attorney for the Debtors, Frederick H. Wilhelm, Jr. and Angela M. Wilhelm, in the above-captioned case.

Date: 3/10/22

Hannah Herman-Snyder, Esquire
PA ID# 91537
Counsel for Debtors
Nicklas + Snyder
183 Lincoln Way East
Chambersburg PA 17201
(717) 414-7242