UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

FREDERICK H. WILHELM, JR.   Case No.: 1-17-00068-HWV
ANGELA M. WILHELM            Chapter 13
        Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**          **MORTGAGE INFORMATION**
Creditor Name:                  M & T BANK
Court Claim Number:             13
Last Four of Loan Number:       4998/PRE ARREARS/1110 PATH VALLEY RD
Property Address if applicable: 1110 PATH VALLEY ROAD, , FORT LOUDON, PA17224

**PART 2:**          **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:                                      $32,102.90
b. Prepetition arrearages paid by the Trustee:                          $32,102.90
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):                                     $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:             $0.00
e. Allowed postpetition arrearage:                                      $6,715.98
f. Postpetition arrearages paid by the Trustee:                         $6,715.98
g. Total b, d, f:                                                       $38,818.88

**PART 3:**          **POST PETITION MORTGAGE PAYMENT**
Mortgage is paid thru the plan by the Trustee conduit.
Current Monthly Mortgage Payment: $640.00
Next postpetition payment due: MAR 22
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 24, 2022            Respectfully submitted,

                                             /s/ Jack N. Zaharopoulos
                                             Standing Chapter 13 Trustee
                                             Suite A, 8125 Adams Drive
                                             Hummelstown, PA 17036
                                             Phone: (717) 566-6097
                                             Fax: (717) 566-8313
                                             eMail: info@pamd13trustee.com

Creditor Name:  M & T BANK
Court Claim Number:  13

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1185987 | 05/15/2018 | $334.82 | $0.00 | $334.82 |
| 5200 | 1190064 | 08/09/2018 | $897.50 | $0.00 | $897.50 |
| 5200 | 1192700 | 10/10/2018 | $2,324.23 | $0.00 | $2324.23 |
| 5200 | 1196840 | 01/10/2019 | $894.44 | $0.00 | $894.44 |
| 5200 | 1198006 | 02/07/2019 | $701.35 | $0.00 | $701.35 |
| 5200 | 1199234 | 03/12/2019 | $1,306.18 | $0.00 | $1306.18 |
| 5200 | 1201929 | 05/09/2019 | $797.89 | $0.00 | $797.89 |
| 5200 | 1203232 | 06/06/2019 | $1,608.58 | $0.00 | $1608.58 |
| 5200 | 1205991 | 08/07/2019 | $1,402.72 | $0.00 | $1402.72 |
| 5200 | 1208656 | 10/10/2019 | $1,833.75 | $0.00 | $1833.75 |
| 5200 | 1211103 | 12/12/2019 | $2,014.02 | $0.00 | $2014.02 |
| 5200 | 1215141 | 03/12/2020 | $2,717.99 | $0.00 | $2717.99 |
| 5200 | 1222599 | 10/15/2020 | $248.73 | $0.00 | $248.73 |
| 5200 | 1223438 | 11/03/2020 | $1,292.61 | $0.00 | $1292.61 |
| 5200 | 1224362 | 12/10/2020 | $803.02 | $0.00 | $803.02 |
| 5200 | 1227174 | 02/17/2021 | $1,483.65 | $0.00 | $1483.65 |
| 5200 | 2000573 | 05/18/2021 | $1,470.26 | $0.00 | $1470.26 |
| 5200 | 2002565 | 07/14/2021 | $169.58 | $0.00 | $169.58 |
| 5200 | 2003627 | 08/18/2021 | $1,096.24 | $0.00 | $1096.24 |
| 5200 | 2004644 | 09/14/2021 | $843.37 | $0.00 | $843.37 |
| 5200 | 2005682 | 10/14/2021 | $590.51 | $0.00 | $590.51 |
| 5200 | 2006715 | 11/16/2021 | $807.07 | $0.00 | $807.07 |
| 5200 | 2007741 | 12/15/2021 | $561.47 | $0.00 | $561.47 |
| 5200 | 2008751 | 01/19/2022 | $807.06 | $0.00 | $807.06 |
| 5200 | 2009742 | 02/16/2022 | $561.46 | $0.00 | $561.46 |
| 5200 | 2010716 | 03/16/2022 | $982.40 | $0.00 | $982.40 |
| 5200 | 2011735 | 04/12/2022 | $1,227.99 | $0.00 | $1227.99 |
| 5200 | 2012805 | 05/17/2022 | $982.40 | $0.00 | $982.40 |
| 5200 | 2014809 | 07/13/2022 | $1,227.99 | $0.00 | $1227.99 |
| 5200 | 2017944 | 10/18/2022 | $113.62 | $0.00 | $113.62 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

FREDERICK H. WILHELM, JR.  Case No.: 1-17-00068-HWV
ANGELA M. WILHELM  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| HANNAH HERMAN-SNYDER<br>183 LINCOLN WAY EAST<br>CHAMBERSBURG PA, 17201- | SERVED ELECTRONICALLY |
| M&T BANK<br>PO BOX 840<br>BUFFALO, NY, 14240 | SERVED BY 1ST CLASS MAIL |
| FREDERICK H. WILHELM, JR.<br>ANGELA M. WILHELM<br>1110 PATH VALLEY ROAD<br>FORT LOUDON, PA 17224 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 24, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com