# Disbursement History for Case



| | | 2.7% |
|---|---|---|
| ■ | 0000 | 2.7% |
| ■ | 0001 | 0.5% |
| ■ | 0002 | 1.1% |
| □ | 0010 | 3.7% |
| | 0011 | 1.2% |
| ■ | 0012 | 1.8% |
| | 0020 | 0.0% |
| | 0030 | 0.0% |
| | 0040 | 0.0% |
| | 0050 | 0.0% |
| | 0060 | 0.0% |
| | 0070 | 0.0% |
| ■ | 0080 | 0.0% |
| ■ | 0090 | 0.0% |
| ■ | 0100 | 5.1% |
| ■ | 0110 | 0.0% |
| | 0120 | 0.0% |
| ■ | 0140 | 0.0% |
| ■ | 0150 | 0.0% |
| ■ | 0160 | 0.0% |
| □ | 0170 | 0.0% |
| | 5010 | 35.4% |
| □ | 5200 | 34.1% |
| | 5210 | 7.1% |
| | TRS0 | 7.3% |
| | Total: | 100.0% |

11/9/202                                                                17-00068  for 1/1/1970 to 11/9/2022

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **0000** | **AARON JOHN NEUHARTH** | | | | | | | |
| 000-0 | AARON JOHN NEUHARTH | | 05/15/2018 | 1185229 | $680.40 | $0.00 | $680.40 | Y |
| 000-0 | AARON JOHN NEUHARTH | | 03/08/2018 | 1180859 | $883.41 | $0.00 | $883.41 | Y |
| 000-0 | AARON JOHN NEUHARTH | | 09/19/2017 | 1172572 | $965.19 | $0.00 | $965.19 | Y |
| | | | | Sub-totals: | $2,529.00 | $0.00 | $2,529.00 | |
| **0001** | **AARON JOHN NEUHARTH** | | | | | | | |
| 000-1 | AARON JOHN NEUHARTH | | 08/09/2018 | 1189408 | $132.67 | $0.00 | $132.67 | Y |
| 000-1 | AARON JOHN NEUHARTH | | 07/12/2018 | 1187963 | $367.33 | $0.00 | $367.33 | Y |
| | | | | Sub-totals: | $500.00 | $0.00 | $500.00 | |
| **0002** | **AARON JOHN NEUHARTH** | | | | | | | |
| 000-2 | AARON JOHN NEUHARTH | | 08/09/2018 | 1189408 | $265.34 | $0.00 | $265.34 | Y |
| 000-2 | AARON JOHN NEUHARTH | | 07/12/2018 | 1187963 | $734.66 | $0.00 | $734.66 | Y |
| | | | | Sub-totals: | $1,000.00 | $0.00 | $1,000.00 | |
| **0010** | **NISSAN MOTOR ACCEPTANCE CORP** | | | | | | | |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 10/18/2022 | 9014950 | $12.44 | $0.00 | $12.44 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 07/13/2022 | 9014312 | $134.46 | $0.00 | $134.46 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 05/17/2022 | 9013891 | $107.58 | $0.00 | $107.58 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 04/12/2022 | 9013676 | $134.46 | $0.00 | $134.46 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 03/16/2022 | 9013458 | $107.57 | $0.00 | $107.57 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 02/16/2022 | 9013239 | $61.49 | $0.00 | $61.49 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 01/19/2022 | 9013013 | $88.37 | $0.00 | $88.37 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 12/15/2021 | 9012776 | $61.48 | $0.00 | $61.48 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 11/16/2021 | 9012527 | $88.37 | $0.00 | $88.37 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 10/14/2021 | 9012271 | $64.67 | $0.00 | $64.67 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 09/14/2021 | 9012023 | $92.34 | $0.00 | $92.34 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 08/18/2021 | 9011772 | $120.05 | $0.00 | $120.05 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 07/14/2021 | | | $0.00 | $18.56 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 05/18/2021 | | | $0.00 | $161.00 | Y |

**EXHIBIT A**

1

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 02/17/2021 | 9010102 | $162.46 | $0.00 | $162.46 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 12/10/2020 | 9009273 | $87.93 | $0.00 | $87.93 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 11/03/2020 | 9008987 | $141.54 | $0.00 | $141.54 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 10/15/2020 | 9008720 | $27.23 | $0.00 | $27.23 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 03/12/2020 | 1215272 | $297.62 | $0.00 | $297.62 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 12/12/2019 | 1211236 | $220.54 | $0.00 | $220.54 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 10/10/2019 | 1208741 | $200.80 | $0.00 | $200.80 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 08/07/2019 | 1206121 | $153.59 | $0.00 | $153.59 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 06/06/2019 | 1203367 | $176.14 | $0.00 | $176.14 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 05/09/2019 | 1202059 | $87.37 | $0.00 | $87.37 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 03/12/2019 | 1199359 | $143.02 | $0.00 | $143.02 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 02/07/2019 | 1198099 | $76.81 | $0.00 | $76.81 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 01/10/2019 | 1196971 | $97.94 | $0.00 | $97.94 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 10/10/2018 | 1192838 | $254.51 | $0.00 | $254.51 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 08/09/2018 | 1190185 | $98.27 | $0.00 | $98.27 | Y |
| 001-0 | NISSAN MOTOR ACCEPTANCE CORP | | 05/15/2018 | 1186126 | $36.66 | $0.00 | $36.66 | Y |
| | | | | Sub-totals: | $3,515.27 | $0.00 | $3,515.27 | |

**0011    NISSAN MOTOR ACCEPTANCE CORP.**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 001-1 | NISSAN MOTOR ACCEPTANCE CORP | | 09/19/2017 | 1173477 | $1,110.00 | $0.00 | $1,110.00 | Y |
| | | | | Sub-totals: | $1,110.00 | $0.00 | $1,110.00 | |

**0012    NISSAN MOTOR ACCEPTANCE CORP**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 10/18/2022 | 9014950 | $5.92 | $0.00 | $5.92 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 07/13/2022 | 9014312 | $63.96 | $0.00 | $63.96 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 05/17/2022 | 9013891 | $51.16 | $0.00 | $51.16 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 04/12/2022 | 9013676 | $63.96 | $0.00 | $63.96 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 03/16/2022 | 9013458 | $51.16 | $0.00 | $51.16 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 02/16/2022 | 9013239 | $29.25 | $0.00 | $29.25 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 01/19/2022 | 9013013 | $42.03 | $0.00 | $42.03 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 12/15/2021 | 9012776 | $29.24 | $0.00 | $29.24 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 11/16/2021 | 9012527 | $42.04 | $0.00 | $42.04 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 10/14/2021 | 9012271 | $30.75 | $0.00 | $30.75 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 09/14/2021 | 9012023 | $43.93 | $0.00 | $43.93 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 08/18/2021 | 9011772 | $65.92 | $0.00 | $65.92 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 05/18/2021 | 9010967 | $76.58 | $0.00 | $76.58 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 02/17/2021 | 9010102 | $77.27 | $0.00 | $77.27 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 12/10/2020 | 9009273 | $41.82 | $0.00 | $41.82 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 11/03/2020 | 9008987 | $67.32 | $0.00 | $67.32 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 10/15/2020 | 9008720 | $361.97 | $0.00 | $361.97 | Y |
| 001-2 | NISSAN MOTOR ACCEPTANCE CORP | | 08/12/2020 | 9008085 | $527.72 | $0.00 | $527.72 | Y |
| | | | | Sub-totals: | $1,672.00 | $0.00 | $1,672.00 | |

**0020    DISCOVER**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 002-0 | DISCOVER | | 10/18/2022 | 2017721 | $0.63 | $0.00 | $0.63 | Y |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | Sub-totals: | $0.63 | $0.00 | $0.63 | |
| **0030** | **BRANCH BANKING & TRUST** | | | | | | | |
| 003-0 | BRANCH BANKING & TRUST | | 10/18/2022 | 2017545 | $0.12 | $0.00 | $0.12 | |
| | | | | Sub-totals: | $0.12 | $0.00 | $0.12 | |
| **0040** | **BRANCH BANKING & TRUST** | | | | | | | |
| 004-0 | BRANCH BANKING & TRUST | | 10/18/2022 | 2017545 | $0.15 | $0.00 | $0.15 | |
| | | | | Sub-totals: | $0.15 | $0.00 | $0.15 | |
| **0050** | **PHEAA** | | | | | | | |
| 005-0 | PHEAA | | 10/18/2022 | 9014965 | $3.16 | $0.00 | $3.16 | Y |
| | | | | Sub-totals: | $3.16 | $0.00 | $3.16 | |
| **0060** | **BEDFORD VALLEY PETROLEUM** | | | | | | | |
| 006-0 | BEDFORD VALLEY PETROLEUM | | 10/18/2022 | 2017528 | $0.24 | $0.00 | $0.24 | |
| | | | | Sub-totals: | $0.24 | $0.00 | $0.24 | |
| **0070** | **MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT** | | | | | | | |
| 007-0 | MIDLAND CREDIT MGMT; MIDLAND | | 10/18/2022 | 9014940 | $1.26 | $0.00 | $1.26 | Y |
| | | | | Sub-totals: | $1.26 | $0.00 | $1.26 | |
| **0080** | **MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT** | | | | | | | |
| 008-0 | MIDLAND CREDIT MGMT; MIDLAND | | 10/18/2022 | 9014940 | $1.53 | $0.00 | $1.53 | Y |
| | | | | Sub-totals: | $1.53 | $0.00 | $1.53 | |
| **0090** | **MIDLAND CREDIT MGMT; MIDLAND FUNDING; ASSET ACCEPT** | | | | | | | |
| 009-0 | MIDLAND CREDIT MGMT; MIDLAND | | 10/18/2022 | 9014940 | $0.18 | $0.00 | $0.18 | Y |
| | | | | Sub-totals: | $0.18 | $0.00 | $0.18 | |
| **0100** | **FRANKLIN COUNTY TAX CLAIM BUREAU** | | | | | | | |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 10/18/2022 | 2017793 | $17.00 | $0.00 | $17.00 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 07/13/2022 | 2014663 | $183.78 | $0.00 | $183.78 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 05/17/2022 | 2012645 | $147.01 | $0.00 | $147.01 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 04/12/2022 | 2011583 | $183.78 | $0.00 | $183.78 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 03/16/2022 | 2010571 | $147.02 | $0.00 | $147.02 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 02/16/2022 | 2009592 | $84.02 | $0.00 | $84.02 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 01/19/2022 | 2008595 | $120.79 | $0.00 | $120.79 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 12/15/2021 | 2007584 | $84.02 | $0.00 | $84.02 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 11/16/2021 | 2006560 | $120.78 | $0.00 | $120.78 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 10/14/2021 | 2005516 | $88.37 | $0.00 | $88.37 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 09/14/2021 | 2004497 | $126.22 | $0.00 | $126.22 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 08/18/2021 | 2003457 | $164.05 | $0.00 | $164.05 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 07/14/2021 | 2002419 | $25.38 | $0.00 | $25.38 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 05/18/2021 | 2000427 | $220.03 | $0.00 | $220.03 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 02/17/2021 | 1227022 | $222.04 | $0.00 | $222.04 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 12/10/2020 | 1224213 | $120.17 | $0.00 | $120.17 | Y |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 11/03/2020 | 1223318 | $193.45 | $0.00 | $193.45 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 10/15/2020 | 1222464 | $37.22 | $0.00 | $37.22 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 03/12/2020 | 1214942 | $406.75 | $0.00 | $406.75 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 12/12/2019 | 1210889 | $301.41 | $0.00 | $301.41 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 10/10/2019 | 1208511 | $274.43 | $0.00 | $274.43 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 08/07/2019 | 1205787 | $209.92 | $0.00 | $209.92 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 06/06/2019 | 1203037 | $240.73 | $0.00 | $240.73 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 05/09/2019 | 1201727 | $119.41 | $0.00 | $119.41 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 03/12/2019 | 1199028 | $195.47 | $0.00 | $195.47 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 02/07/2019 | 1197859 | $104.96 | $0.00 | $104.96 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 01/10/2019 | 1196651 | $133.86 | $0.00 | $133.86 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 10/10/2018 | 1192490 | $347.83 | $0.00 | $347.83 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 08/09/2018 | 1189861 | $134.31 | $0.00 | $134.31 | Y |
| 010-0 | FRANKLIN COUNTY TAX CLAIM BUF | | 05/15/2018 | 1185732 | $50.11 | $0.00 | $50.11 | Y |
| | | | | Sub-totals: | $4,804.32 | $0.00 | $4,804.32 | |

**0110    BECKET & LEE**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 011-0 | BECKET & LEE | | 10/18/2022 | 9014832 | $0.30 | $0.00 | $0.30 | Y |
| | | | | Sub-totals: | $0.30 | $0.00 | $0.30 | |

**0120    CAVALRY PORTFOLIO SERVICES, LLC**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 012-0 | CAVALRY PORTFOLIO SERVICES, LL | | 10/18/2022 | 2017598 | $0.44 | $0.00 | $0.44 | Y |
| | | | | Sub-totals: | $0.44 | $0.00 | $0.44 | |

**0140    AT&T MOBILITY**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 014-0 | AT&T MOBILITY | | 10/18/2022 | 2017503 | $0.53 | $0.00 | $0.53 | |
| | | | | Sub-totals: | $0.53 | $0.00 | $0.53 | |

**0150    PORTFOLIO RECOVERY ASSOCIATES**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 015-0 | PORTFOLIO RECOVERY ASSOCIATES | | 10/18/2022 | 9014978 | $0.18 | $0.00 | $0.18 | Y |
| | | | | Sub-totals: | $0.18 | $0.00 | $0.18 | |

**0160    PORTFOLIO RECOVERY ASSOCIATES**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 016-0 | PORTFOLIO RECOVERY ASSOCIATES | | 10/18/2022 | 9014978 | $3.97 | $0.00 | $3.97 | Y |
| | | | | Sub-totals: | $3.97 | $0.00 | $3.97 | |

**0170    PORTFOLIO RECOVERY ASSOCIATES**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 017-0 | PORTFOLIO RECOVERY ASSOCIATES | | 10/18/2022 | 9014978 | $2.16 | $0.00 | $2.16 | Y |
| | | | | Sub-totals: | $2.16 | $0.00 | $2.16 | |

**5010    M & T BANK**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | M & T BANK | | 02/16/2022 | 2009739 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 01/19/2022 | 2008748 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 12/15/2021 | 2007738 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 11/16/2021 | 2006712 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 10/14/2021 | 2005678 | $640.00 | $0.00 | $640.00 | Y |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | M & T BANK | | 09/14/2021 | 2004641 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 08/18/2021 | 2003623 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 07/14/2021 | 2002562 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 07/14/2021 | 2002562 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 05/18/2021 | 2000569 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 05/18/2021 | 2000569 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 05/18/2021 | 2000569 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 02/17/2021 | 1227170 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 02/17/2021 | 1227170 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 12/10/2020 | 1224356 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 11/03/2020 | 1223434 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 10/15/2020 | 1222593 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 10/15/2020 | 1222593 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 08/12/2020 | 1220516 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 07/07/2020 | 1219467 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 07/07/2020 | 1219467 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 07/07/2020 | 1219467 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 04/14/2020 | 1216420 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 03/12/2020 | 1215135 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 03/12/2020 | 1215135 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 03/12/2020 | 1215135 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 12/12/2019 | 1211096 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 12/12/2019 | 1211096 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 10/10/2019 | 1208651 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 10/10/2019 | 1208651 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 08/07/2019 | 1205985 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 08/07/2019 | 1205985 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 06/06/2019 | 1203226 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 05/09/2019 | 1201923 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 05/09/2019 | 1201923 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 03/12/2019 | 1199228 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 02/07/2019 | 1198001 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 01/10/2019 | 1196834 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 01/10/2019 | 1196834 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 12/13/2018 | 1195451 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 10/10/2018 | 1192691 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 10/10/2018 | 1192691 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 08/09/2018 | 1190057 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 07/12/2018 | 1188674 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 07/12/2018 | 1188674 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 05/15/2018 | 1185978 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 05/15/2018 | 1185978 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 03/08/2018 | 1181524 | $640.00 | $0.00 | $640.00 | Y |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | M & T BANK | | 02/08/2018 | 1180164 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 02/08/2018 | 1180164 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 02/08/2018 | 1180164 | $640.00 | $0.00 | $640.00 | Y |
| 501-0 | M & T BANK | | 02/08/2018 | 1180164 | $640.00 | $0.00 | $640.00 | Y |
| | | | | Sub-totals: | $33,280.00 | $0.00 | $33,280.00 | |

**5200    M & T BANK**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | M & T BANK | | 10/18/2022 | 2017944 | $113.62 | $0.00 | $113.62 | |
| 520-0 | M & T BANK | | 07/13/2022 | 2014809 | $1,227.99 | $0.00 | $1,227.99 | Y |
| 520-0 | M & T BANK | | 05/17/2022 | 2012805 | $982.40 | $0.00 | $982.40 | Y |
| 520-0 | M & T BANK | | 04/12/2022 | 2011735 | $1,227.99 | $0.00 | $1,227.99 | Y |
| 520-0 | M & T BANK | | 03/16/2022 | 2010716 | $982.40 | $0.00 | $982.40 | Y |
| 520-0 | M & T BANK | | 02/16/2022 | 2009742 | $561.46 | $0.00 | $561.46 | Y |
| 520-0 | M & T BANK | | 01/19/2022 | 2008751 | $807.06 | $0.00 | $807.06 | Y |
| 520-0 | M & T BANK | | 12/15/2021 | 2007741 | $561.47 | $0.00 | $561.47 | Y |
| 520-0 | M & T BANK | | 11/16/2021 | 2006715 | $807.07 | $0.00 | $807.07 | Y |
| 520-0 | M & T BANK | | 10/14/2021 | 2005682 | $590.51 | $0.00 | $590.51 | Y |
| 520-0 | M & T BANK | | 09/14/2021 | 2004644 | $843.37 | $0.00 | $843.37 | Y |
| 520-0 | M & T BANK | | 08/18/2021 | 2003627 | $1,096.24 | $0.00 | $1,096.24 | Y |
| 520-0 | M & T BANK | | 07/14/2021 | 2002565 | $169.58 | $0.00 | $169.58 | Y |
| 520-0 | M & T BANK | | 05/18/2021 | 2000573 | $1,470.26 | $0.00 | $1,470.26 | Y |
| 520-0 | M & T BANK | | 02/17/2021 | 1227174 | $1,483.65 | $0.00 | $1,483.65 | Y |
| 520-0 | M & T BANK | | 12/10/2020 | 1224362 | $803.02 | $0.00 | $803.02 | Y |
| 520-0 | M & T BANK | | 11/03/2020 | 1223438 | $1,292.61 | $0.00 | $1,292.61 | Y |
| 520-0 | M & T BANK | | 10/15/2020 | 1222599 | $248.73 | $0.00 | $248.73 | Y |
| 520-0 | M & T BANK | | 03/12/2020 | 1215141 | $2,717.99 | $0.00 | $2,717.99 | Y |
| 520-0 | M & T BANK | | 12/12/2019 | 1211103 | $2,014.02 | $0.00 | $2,014.02 | Y |
| 520-0 | M & T BANK | | 10/10/2019 | 1208656 | $1,833.75 | $0.00 | $1,833.75 | Y |
| 520-0 | M & T BANK | | 08/07/2019 | 1205991 | $1,402.72 | $0.00 | $1,402.72 | Y |
| 520-0 | M & T BANK | | 06/06/2019 | 1203232 | $1,608.58 | $0.00 | $1,608.58 | Y |
| 520-0 | M & T BANK | | 05/09/2019 | 1201929 | $797.89 | $0.00 | $797.89 | Y |
| 520-0 | M & T BANK | | 03/12/2019 | 1199234 | $1,306.18 | $0.00 | $1,306.18 | Y |
| 520-0 | M & T BANK | | 02/07/2019 | 1198006 | $701.35 | $0.00 | $701.35 | Y |
| 520-0 | M & T BANK | | 01/10/2019 | 1196840 | $894.44 | $0.00 | $894.44 | Y |
| 520-0 | M & T BANK | | 10/10/2018 | 1192700 | $2,324.23 | $0.00 | $2,324.23 | Y |
| 520-0 | M & T BANK | | 08/09/2018 | 1190064 | $897.50 | $0.00 | $897.50 | Y |
| 520-0 | M & T BANK | | 05/15/2018 | 1185987 | $334.82 | $0.00 | $334.82 | Y |
| | | | | Sub-totals: | $32,102.90 | $0.00 | $32,102.90 | |

**5210    M & T BANK**

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | M & T BANK | | 10/18/2022 | 2017944 | $23.77 | $0.00 | $23.77 | |
| 521-0 | M & T BANK | | 07/13/2022 | 2014809 | $256.90 | $0.00 | $256.90 | Y |
| 521-0 | M & T BANK | | 05/17/2022 | 2012805 | $205.52 | $0.00 | $205.52 | Y |
| 521-0 | M & T BANK | | 04/12/2022 | 2011735 | $256.90 | $0.00 | $256.90 | Y |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | M & T BANK | | 03/16/2022 | 2010716 | $205.52 | $0.00 | $205.52 | Y |
| 521-0 | M & T BANK | | 02/16/2022 | 2009742 | $117.45 | $0.00 | $117.45 | Y |
| 521-0 | M & T BANK | | 01/19/2022 | 2008751 | $168.84 | $0.00 | $168.84 | Y |
| 521-0 | M & T BANK | | 12/15/2021 | 2007741 | $117.46 | $0.00 | $117.46 | Y |
| 521-0 | M & T BANK | | 11/16/2021 | 2006715 | $168.84 | $0.00 | $168.84 | Y |
| 521-0 | M & T BANK | | 10/14/2021 | 2005682 | $123.54 | $0.00 | $123.54 | Y |
| 521-0 | M & T BANK | | 09/14/2021 | 2004644 | $176.43 | $0.00 | $176.43 | Y |
| 521-0 | M & T BANK | | 08/18/2021 | 2003627 | $229.34 | $0.00 | $229.34 | Y |
| 521-0 | M & T BANK | | 07/14/2021 | 2002565 | $35.48 | $0.00 | $35.48 | Y |
| 521-0 | M & T BANK | | 05/18/2021 | 2000573 | $307.58 | $0.00 | $307.58 | Y |
| 521-0 | M & T BANK | | 02/17/2021 | 1227174 | $310.38 | $0.00 | $310.38 | Y |
| 521-0 | M & T BANK | | 12/10/2020 | 1224362 | $168.00 | $0.00 | $168.00 | Y |
| 521-0 | M & T BANK | | 11/03/2020 | 1223438 | $270.41 | $0.00 | $270.41 | Y |
| 521-0 | M & T BANK | | 10/15/2020 | 1222599 | $253.51 | $0.00 | $253.51 | Y |
| 521-0 | M & T BANK | | 08/12/2020 | 1220521 | $304.66 | $0.00 | $304.66 | Y |
| 521-0 | M & T BANK | | 07/07/2020 | 1219473 | $2,129.07 | $0.00 | $2,129.07 | Y |
| 521-0 | M & T BANK | | 04/14/2020 | 1216426 | $886.38 | $0.00 | $886.38 | Y |
| | | | | Sub-totals: | $6,715.98 | $0.00 | $6,715.98 | |
| **TRS0** | **Jack N. Zaharopoulos** | | | | | | | |
| TRS-0 | Jack N. Zaharopoulos | F | 08/23/2022 | 0 | $0.04 | $0.00 | $0.04 | |
| TRS-0 | Jack N. Zaharopoulos | F | 08/23/2022 | 0 | $3.59 | $0.00 | $3.59 | |
| TRS-0 | Jack N. Zaharopoulos | F | 05/31/2022 | 0 | $177.91 | $0.00 | $177.91 | |
| TRS-0 | Jack N. Zaharopoulos | F | 04/19/2022 | 0 | $142.33 | $0.00 | $142.33 | |
| TRS-0 | Jack N. Zaharopoulos | F | 03/21/2022 | 0 | $177.91 | $0.00 | $177.91 | |
| TRS-0 | Jack N. Zaharopoulos | F | 02/28/2022 | 0 | $142.33 | $0.00 | $142.33 | |
| TRS-0 | Jack N. Zaharopoulos | F | 01/24/2022 | 0 | $142.33 | $0.00 | $142.33 | |
| TRS-0 | Jack N. Zaharopoulos | F | 12/27/2021 | 0 | $177.91 | $0.00 | $177.91 | |
| TRS-0 | Jack N. Zaharopoulos | F | 11/22/2021 | 0 | $142.33 | $0.00 | $142.33 | |
| TRS-0 | Jack N. Zaharopoulos | F | 10/20/2021 | 0 | $177.91 | $0.00 | $177.91 | |
| TRS-0 | Jack N. Zaharopoulos | F | 09/22/2021 | 0 | $98.16 | $0.00 | $98.16 | |
| TRS-0 | Jack N. Zaharopoulos | F | 08/24/2021 | 0 | $122.70 | $0.00 | $122.70 | |
| TRS-0 | Jack N. Zaharopoulos | F | 07/19/2021 | 0 | $147.24 | $0.00 | $147.24 | |
| TRS-0 | Jack N. Zaharopoulos | F | 06/09/2021 | 0 | $98.16 | $0.00 | $98.16 | |
| TRS-0 | Jack Zaharopoulos | F | 05/03/2021 | 0 | $122.70 | $0.00 | $122.70 | |
| TRS-0 | CHARLES J. DEHART, III | F | 04/12/2021 | 0 | $184.05 | $0.00 | $184.05 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 03/04/2021 | 0 | $36.81 | $0.00 | $36.81 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 01/22/2021 | 0 | $36.81 | $0.00 | $36.81 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 01/22/2021 | 0 | $312.88 | $0.00 | $312.88 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 11/16/2020 | 0 | $184.05 | $0.00 | $184.05 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 10/16/2020 | 0 | $257.67 | $0.00 | $257.67 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 09/08/2020 | 0 | $245.40 | $0.00 | $245.40 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 07/10/2020 | 0 | $163.60 | $0.00 | $163.60 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 06/10/2020 | 0 | $163.60 | $0.00 | $163.60 | Y |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| TRS-0 | CHARLES J. DEHART, III | F | 05/20/2020 | 0 | $286.30 | $0.00 | $286.30 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 03/23/2020 | 0 | $109.61 | $0.00 | $109.61 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 02/24/2020 | 0 | $109.61 | $0.00 | $109.61 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 02/03/2020 | 0 | $274.03 | $0.00 | $274.03 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 11/21/2019 | 0 | $274.03 | $0.00 | $274.03 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 09/18/2019 | 0 | $92.02 | $0.00 | $92.02 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 07/11/2019 | 0 | $225.77 | $0.00 | $225.77 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 05/20/2019 | 0 | $197.55 | $0.00 | $197.55 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 04/01/2019 | 0 | $169.33 | $0.00 | $169.33 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 02/19/2019 | 0 | $169.33 | $0.00 | $169.33 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 12/31/2018 | 0 | $112.88 | $0.00 | $112.88 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 12/07/2018 | 0 | $141.10 | $0.00 | $141.10 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 10/31/2018 | 0 | $84.66 | $0.00 | $84.66 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 09/17/2018 | 0 | $292.43 | $0.00 | $292.43 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 07/16/2018 | 0 | $150.72 | $0.00 | $150.72 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 06/01/2018 | 0 | $165.59 | $0.00 | $165.59 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 04/09/2018 | 0 | $165.59 | $0.00 | $165.59 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 02/12/2018 | 0 | $94.62 | $0.00 | $94.62 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 01/11/2018 | 0 | $189.25 | $0.00 | $189.25 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 08/15/2017 | 0 | $51.85 | $0.00 | $51.85 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 06/01/2017 | 0 | $41.48 | $0.00 | $41.48 | Y |
| TRS-0 | CHARLES J. DEHART, III | F | 05/26/2017 | 0 | $41.48 | $0.00 | $41.48 | Y |
| | | | | Sub-totals: | $6,897.65 | $0.00 | $6,897.65 | |
| Grand Total: | | | | | $94,141.97 | $0.00 | | |