UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  FREDERICK H. WILHELM, JR. and  :  CHAPTER 13
      ANGELA M. WILHELM f/k/a  :
      ANGELA M. WINES  :
        Debtors  :
        :
      JACK N. ZAHAROPOULOS  :
      STANDING CHAPTER 13 TRUSTEE  :
        Movant  :
        :
      vs.  :  CASE NO.   1:17-bk-00068-HWV
        :
      FREDERICK H. WILHELM, JR. and  :
      ANGELA M. WILHELM f/k/a  :
      ANGELA M. WINES  :  MOTION FOR DETERMINATION
        Respondents  :  OF FINAL CURE PAYMENT

<u>ORDER</u>

Upon consideration of the Motion for Determination of Final Cure Payment,

Notice of Final Cure Payment, and the Response to Notice of Final Cure Payment, it is

HEREBY ORDERED that M&T Bank has been paid in full on its Claim #13,

as amended, and the full amount required to cure the default has been paid in full by the Chapter

13 Trustee to M&T Bank.