United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 17-00068-HWV
Frederick H. Wilhelm, Jr.  Chapter 13
Angela M. Wilhelm
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 10, 2022     Form ID: nthrgreq     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frederick H. Wilhelm, Jr., Angela M. Wilhelm, 1110 Path Valley Road, Fort Loudon, PA 17224-9606 |
| | + | Hannah Herman-Snyder Esq, 183 Lincoln Way East, Chambersburg, PA 17201-2233 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: camanagement@mtb.com | Nov 10 2022 18:44:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| | | Email/Text: camanagement@mtb.com | Nov 10 2022 18:44:00 | M&T Bank, Attn Kiara Hughes BK Spec, PO Box 840, Buffalo, NY 14240-0840 |
| | | Email/Text: camanagement@mtb.com | Nov 10 2022 18:44:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240 |
| | + | Email/Text: camanagement@mtb.com | Nov 10 2022 18:44:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A Scott | on behalf of Creditor Nissan Motor Acceptance Corporation scott@lg-law.com |
| Hannah Herman-Snyder | on behalf of Debtor 1 Frederick H. Wilhelm Jr. hannah@nicklasandsnyder.com, shannon@nicklasandsnyder.com |
| Hannah Herman-Snyder | on behalf of Creditor M&T Bank hannah@nicklasandsnyder.com shannon@nicklasandsnyder.com |
| Hannah Herman-Snyder | on behalf of Debtor 2 Angela M. Wilhelm hannah@nicklasandsnyder.com shannon@nicklasandsnyder.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

Frederick H. Wilhelm Jr.

**Debtor 1**

Angela M. Wilhelm
fka Angela M. Wines

**Debtor 2**

Chapter: 13

Case number: 1:17−bk−00068−HWV

Document Number: 104

Matter: Motion to Determine Final Cure and Mortgae Payment Rule 3002.1

Jack N Zaharopoulos
Standing Chapter 13 Trustee
**Movant(s)**

vs.

Frederick H Wilhelm Jr
Angela M Wilhelm
fka Angela M Wines
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on January 9, 2017.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 12/14/22**  **Time: 09:30 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101−1737  (717) 901−2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: ChristinaKovach, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 10, 2022 |

nthrgreq(02/19)