**Fill in this information to identify the case:**

Debtor 1: Frederick Wilhelm

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Harrisburg   District of NY
(State)

Case number: 17-00068

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** M&T Bank

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 4 9 9 8

**Property address:** 1110 Path Valley Rd
Number     Street

Peterstownship     PA     17224
City                State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ 4897.31

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 0.00

c. **Total**. Add lines a and b.   (c) $ 4897.31

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 12/08/2021
MM / DD / YYYY

Debtor 1 _____  Case number (*if known*) _____
         First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☑ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Kiara Hughes                     Date 11 / 17 / 2022
  Signature

Print    Kiara                Hughes              Title _____
         First Name  Middle Name  Last Name

Company  M&T Bank

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  _____
         Number      Street
         _____
         City              State       ZIP Code

Contact phone (800) 837-7694 ext 6651        Email khughes1@mtb.com