In re:                                                                                                    Case No. 17-00068-HWV

Frederick H. Wilhelm, Jr.                                                                       Chapter 13

Angela M. Wilhelm

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Dec 08, 2022 | Form ID: 3180W | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frederick H. Wilhelm, Jr., Angela M. Wilhelm, 1110 Path Valley Road, Fort Loudon, PA 17224-9606 |
| 4872070 | + | American Education/Keystone Best, PO Box 61047, Harrisburg, PA 17106-1047 |
| 4872072 | | Bedford Valley Petroleum, 10228 Lincoln Highway, Everett, PA 15537-6908 |
| 4872082 | ++++ | FRANKLIN COUNTY REAL ESTATE TAX, 14 N MAIN ST, CHAMBERSBURG PA 17201-1811 address filed with court:, Franklin County Real Estate Tax, 157 Lincoln Way East, Chambersburg, PA 17201 |
| 4872083 | + | Fulton County Prothonotary, 201 North Second Street, Mc Connellsburg, PA 17233-1101 |
| 4872092 | + | MacDonald's Pharmacy, 105 South 3rd Street, Mc Connellsburg, PA 17233-1419 |
| 4872094 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance Corp., PO Box 9001132, Louisville, KY 40290-1132 |
| 4921969 | + | Nissan Motor Acceptance Corp., c/o David A. Scott, 835 Western Avenue, Pittsburgh, PA 15233-1715 |
| 4872096 | ++++ | PROTHONOTARY, FRANKLIN COUNTY, 14 N MAIN ST, CHAMBERSBURG PA 17201-1811 address filed with court:, Prothonotary, Franklin County, 157 Lincoln Way East, Chambersburg, PA 17201 |
| 4872095 | + | Penn State Hershey, c/o National Recovery, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4885036 | + | Peters Township Municipal Authority, Po Box 19, Lemasters, PA 17231-0019 |
| 4872100 | + | State of Maryland, Collection Unit, 300 W Preston St., Ste 506, Baltimore, MD 21201-2308 |
| 4872107 | | Tri State Commnity Health, c/o Valley Credit Services, PO Box 1070, Hagerstown, MD 21741 |
| 4872108 | | Tri State Community Health, c/o Valley Credit Services, PO Box 1070, Hagerstown, MD 21741 |
| 4872109 | | University of Phoenix, 4651 E. Elwood St, Phoenix, AZ 85040 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: camanagement@mtb.com | Dec 08 2022 18:38:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 4872071 | ^ | MEBN | Dec 08 2022 18:36:45 | AT&T, c/o ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 4916331 | + | EDI: CINGMIDLAND.COM | Dec 08 2022 23:43:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 4872069 | | EDI: BANKAMER.COM | Dec 08 2022 23:43:00 | AAA Financial Services, PO Box 15019, Wilmington, DE 19886-5019 |
| 4874750 | | Email/Text: bankruptcy@bbandt.com | Dec 08 2022 18:38:00 | BB&T Bankruptcy, PO Box 1847, Wilson, NC 27894, bankruptcy@bbandt.com, 866-813-1624 |
| 4872073 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |

| | | Dec 08 2022 18:38:00 | Berks Credit and Collections, PO Box 329, Temple, PA 19560-0329 |
|---|---|---|---|
| 4872074 | + Email/Text: bankruptcy@cavps.com | | |
| | | Dec 08 2022 18:38:00 | Calvary Portfolio Services, PO Box 27288, Tempe, AZ 85285-7288 |
| 4910123 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Dec 08 2022 18:47:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4912539 | + Email/Text: bankruptcy@cavps.com | | |
| | | Dec 08 2022 18:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4872075 | Email/Text: Bankruptcies@nragroup.com | | |
| | | Dec 08 2022 18:38:00 | Chambersburg Hospital, c/o National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 4872076 | + Email/Text: Bankruptcies@nragroup.com | | |
| | | Dec 08 2022 18:38:00 | Chambersburg Hospital, c/o National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4872079 | + EDI: PRA.COM | | |
| | | Dec 08 2022 23:43:00 | Citibank, c/o Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 4872078 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 08 2022 18:38:00 | Citibank, c/o Midland Funding, 2365 Northside Dr. #300, San Diego, CA 92108-2710 |
| 4872080 | EDI: DISCOVER.COM | | |
| | | Dec 08 2022 23:43:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 4872093 | + EDI: CITICORP.COM | | |
| | | Dec 08 2022 23:43:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 4873113 | EDI: DISCOVER.COM | | |
| | | Dec 08 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4872081 | + EDI: PRA.COM | | |
| | | Dec 08 2022 23:43:00 | FIA Card Services, c/o Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 4872084 | + Email/Text: bankruptcytn@wakeassoc.com | | |
| | | Dec 08 2022 18:38:00 | Fulton Diagnostic Radiology, c/o Valley Credit Service, PO Box 2162, Hagerstown, MD 21742-2162 |
| 4872085 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 08 2022 18:38:00 | GE Capital Retail Bank, c/o Midland Funding, 2365 Northside Dr. #300, San Diego, CA 92108-2710 |
| 4872086 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 08 2022 18:38:00 | GECAF, c/o Midland Funding, 2365 Northside Dr. #300, San Diego, CA 92108-2710 |
| 4872077 | EDI: JPMORGANCHASE | | |
| | | Dec 08 2022 23:43:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 4872087 | + EDI: LCIICSYSTEM | | |
| | | Dec 08 2022 23:43:00 | Jack D. Steele, DMD, c/o IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 4872088 | ^ MEBN | | |
| | | Dec 08 2022 18:36:49 | KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 4872089 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Dec 08 2022 18:38:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 4916215 | Email/Text: camanagement@mtb.com | | |
| | | Dec 08 2022 18:38:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 4872091 | Email/Text: camanagement@mtb.com | | |
| | | Dec 08 2022 18:38:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 5298084 | + Email/Text: camanagement@mtb.com | | |
| | | Dec 08 2022 18:38:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 4907931 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Dec 08 2022 18:38:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. as agent, for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4872936 | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | Dec 08 2022 18:38:00 | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 4882908 | + Email/Text: bncnotifications@pheaa.org | | |

| | | | |
|---|---|---|---|
| | | Dec 08 2022 18:38:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 4919734 | EDI: PRA.COM | | |
| | | Dec 08 2022 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4919746 | EDI: PRA.COM | | |
| | | Dec 08 2022 23:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 4872102 | + EDI: RMSC.COM | | |
| | | Dec 08 2022 23:43:00 | SYNCB/SYNCB Nations, PO Box 965036, Orlando, FL 32896-5036 |
| 4872097 | + EDI: RMSC.COM | | |
| | | Dec 08 2022 23:43:00 | Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 4872098 | + EDI: CITICORP.COM | | |
| | | Dec 08 2022 23:43:00 | Sears, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 4872099 | + EDI: CONVERGENT.COM | | |
| | | Dec 08 2022 23:43:00 | Sprint, c/o Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 4872101 | + Email/Text: Bankruptcies@nragroup.com | | |
| | | Dec 08 2022 18:38:00 | Summit Anesthesiology, c/o National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4872103 | + EDI: PRA.COM | | |
| | | Dec 08 2022 23:43:00 | Synchrony Bank, c/o Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 4872104 | + EDI: RMSC.COM | | |
| | | Dec 08 2022 23:43:00 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 4872105 | + EDI: RMSC.COM | | |
| | | Dec 08 2022 23:43:00 | Synchrony Bank/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 4872106 | + EDI: RMSC.COM | | |
| | | Dec 08 2022 23:43:00 | Synchrony Bank/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 4872110 | + Email/Text: edbknotices@ecmc.org | | |
| | | Dec 08 2022 18:38:00 | US Department of Education, 61 Forsyth St SW, Ste 19T40, Atlanta, GA 30303-8919 |
| 4872111 | + EDI: CKSFINANCIAL.COM | | |
| | | Dec 08 2022 23:43:00 | Worlds Foremost Bank, c/o CKS Financial, 505 Independence Pkwy Ste 300, Chesapeake, VA 23320-5178 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4885011 | *+ | AT&T, c/o ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 4885010 | *+ | American Education/Keystone Best, PO Box 61047, Harrisburg, PA 17106-1047 |
| 4885009 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, AAA Financial Services, PO Box 15019, Wilmington, DE 19886-5019 |
| 4885012 | * | Bedford Valley Petroleum, 10228 Lincoln Highway, Everett, PA 15537-6908 |
| 4885013 | *+ | Berks Credit and Collections, PO Box 329, Temple, PA 19560-0329 |
| 4885014 | *+ | Calvary Portfolio Services, PO Box 27288, Tempe, AZ 85285-7288 |
| 4885015 | * | Chambersburg Hospital, c/o National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 4885016 | *+ | Chambersburg Hospital, c/o National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4885019 | *+ | Citibank, c/o Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 4885018 | *+ | Citibank, c/o Midland Funding, 2365 Northside Dr. #300, San Diego, CA 92108-2710 |
| 4885020 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 15316, Wilmington, DE 19850 |
| 4885033 | *P++ | DSNB MACY'S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 4885021 | *+ | FIA Card Services, c/o Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 4885022 | *++++ | FRANKLIN COUNTY REAL ESTATE TAX, 14 N MAIN ST, CHAMBERSBURG PA 17201-1811, address filed with court:, Franklin County Real Estate Tax, 157 Lincoln Way East, Chambersburg, PA 17201 |
| 4885023 | *+ | Fulton County Prothonotary, 201 North Second Street, Mc Connellsburg, PA 17233-1101 |
| 4885024 | *+ | Fulton Diagnostic Radiology, c/o Valley Credit Service, PO Box 2162, Hagerstown, MD 21742-2162 |

| | | |
|---|---|---|
| 4885025 | *+ | GE Capital Retail Bank, c/o Midland Funding, 2365 Northside Dr. #300, San Diego, CA 92108-2710 |
| 4885026 | *+ | GECAF, c/o Midland Funding, 2365 Northside Dr. #300, San Diego, CA 92108-2710 |
| 4885017 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850 |
| 4885027 | *+ | Jack D. Steele, DMD, c/o IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 4885028 | *+ | KML Law Group, P.C., Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 4885029 | *+ | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 4885031 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 4885032 | *+ | MacDonald's Pharmacy, 105 South 3rd Street, Mc Connellsburg, PA 17233-1419 |
| 4885034 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan Motor Acceptance Corp., PO Box 9001132, Louisville, KY 40290-1132 |
| 4885037 | *++++ | PROTHONOTARY, FRANKLIN COUNTY, 14 N MAIN ST, CHAMBERSBURG PA 17201-1811, address filed with court:, Prothonotary, Franklin County, 157 Lincoln Way East, Chambersburg, PA 17201 |
| 4885035 | *+ | Penn State Hershey, c/o National Recovery, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4885043 | *+ | SYNCB/SYNCB Nations, PO Box 965036, Orlando, FL 32896-5036 |
| 4885038 | *+ | Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 4885039 | *+ | Sears, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 4885040 | *+ | Sprint, c/o Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 4885041 | *+ | State of Maryland, Collection Unit, 300 W Preston St., Ste 506, Baltimore, MD 21201-2308 |
| 4885042 | *+ | Summit Anesthesiology, c/o National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4885044 | *+ | Synchrony Bank, c/o Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 4885045 | *+ | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 4885046 | *+ | Synchrony Bank/JCPenny, PO Box 965007, Orlando, FL 32896-5007 |
| 4885047 | *+ | Synchrony Bank/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 4885048 | * | Tri State Commnity Health, c/o Valley Credit Services, PO Box 1070, Hagerstown, MD 21741 |
| 4885049 | * | Tri State Community Health, c/o Valley Credit Services, PO Box 1070, Hagerstown, MD 21741 |
| 4885051 | *+ | US Department of Education, 61 Forsyth St SW, Ste 19T40, Atlanta, GA 30303-8919 |
| 4885050 | * | University of Phoenix, 4651 E. Elwood St, Phoenix, AZ 85040 |
| 4885052 | *+ | Worlds Foremost Bank, c/o CKS Financial, 505 Independence Pkwy Ste 300, Chesapeake, VA 23320-5178 |
| 4872090 | ##+ | Littman Jewelers, TD Retail Card Services, PO Box 731, Mahwah, NJ 07430-0731 |
| 4885030 | ##+ | Littman Jewelrs, TD Retail Card Services, PO Box 731, Mahwah, NJ 07430-0731 |

TOTAL: 0 Undeliverable, 42 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2022       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A Scott | |
| | on behalf of Creditor Nissan Motor Acceptance Corporation scott@lg-law.com |
| Hannah Herman-Snyder | |
| | on behalf of Debtor 1 Frederick H. Wilhelm Jr. hannah@nicklasandsnyder.com, shannon@nicklasandsnyder.com |
| Hannah Herman-Snyder | |
| | on behalf of Creditor M&T Bank hannah@nicklasandsnyder.com shannon@nicklasandsnyder.com |

Hannah Herman-Snyder

on behalf of Debtor 2 Angela M. Wilhelm hannah@nicklasandsnyder.com  shannon@nicklasandsnyder.com

Jack N Zaharopoulos (Trustee)

TWecf@pamd13trustee.com

James Warmbrodt

on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Frederick H. Wilhelm Jr.** | Social Security number or ITIN   xxx–xx–8825 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Angela M. Wilhelm** | Social Security number or ITIN   xxx–xx–2091 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:17–bk–00068–HWV | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frederick H. Wilhelm Jr.

Angela M. Wilhelm
fka Angela M. Wines

**By the court:**

12/8/22

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:17-bk-00068-HWV    Doc 113    Filed 12/10/22    Entered 12/11/22 00:19:54    Desc
Imaged Certificate of Notice    Page 8 of 8