United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                     Case No. 17-00068-HWV
Frederick H. Wilhelm, Jr.                             Chapter 13
Angela M. Wilhelm
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                  User: AutoDocke                  Page 1 of 2
Date Rcvd: Jan 11, 2023              Form ID: fnldec                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frederick H. Wilhelm, Jr., Angela M. Wilhelm, 1110 Path Valley Road, Fort Loudon, PA 17224-9606 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A Scott | on behalf of Creditor Nissan Motor Acceptance Corporation scott@lg-law.com |
| Hannah Herman-Snyder | on behalf of Debtor 1 Frederick H. Wilhelm Jr. hannah@nicklasandsnyder.com, shannon@nicklasandsnyder.com |
| Hannah Herman-Snyder | on behalf of Creditor M&T Bank hannah@nicklasandsnyder.com shannon@nicklasandsnyder.com |
| Hannah Herman-Snyder | on behalf of Debtor 2 Angela M. Wilhelm hannah@nicklasandsnyder.com shannon@nicklasandsnyder.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | |

        on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Frederick H. Wilhelm Jr., | Chapter 13 |
| **Debtor 1** | |
| Angela M. Wilhelm, fka Angela M. Wines, | Case No. 1:17−bk−00068−HWV |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−8825    xxx−xx−2091

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: January 11, 2023

**fnldec** (01/22)